FILED

06/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0021

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0021

STATE OF MONTANA,

       Plaintiff/Appellee,

v.

CHRIS ARTHUR CHRISTENSEN,

       Defendant/Appellant.

## ORDER DISMISSING APPEAL

Upon motion of Appellant, without objection, and good cause appearing,

IT IS ORDERED that this appeal is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 17 2021